UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEALER COMPUTER SERVICES INC; f/k/a FORD DEALER COMPUTER SERVICES INC, | } } } } | |
| Plaintiff, | } } | |
| VS. | } } | CIVIL ACTION NO. H-06-175 |
| FORD MOTOR COMPANY, | } } | |
| Defendant. | } | |

## ORDER

Pending before the court is Plaintiff Dealer Computer Services Inc. ("DCS's") motion to dismiss without prejudice (Doc. 87). Defendant Ford Motor Company ("Ford") had previously filed its response in opposition to DCS's voluntary dismissal (Doc. 88). On February 5, 2007, Ford filed a notice of withdrawal of its opposition to DCS's motion to dismiss (Doc. 89). In addition, Ford indicated its desire to withdraw its pending motion for summary judgment on all of DCS's claims (Doc. 82). Accordingly, it is hereby

ORDERED that Plaintiff DCS's motion to dismiss without prejudice (Doc. 87) is GRANTED.

Signed at Houston, Texas, this 7th day of February, 2007.

Melinda Harmon
United States District Judge